Liakas Law PC  May 9 ,2020

65 Broadway ,13 floor

New York, NY 10006

R E; Estate of CACHIN ANDERSON.

I was never told of .MR. Andersons mental health issues before working my shift the day of June 28, 2017. I was a resource officer working tour 1. I would fill in for officers on there RDO , I would not work a post more than 1 or 2 days.

As per DOCC policy Sgt Wood was notified of MR Anderson's condition .MR Anderson was checked by Sgt Wood and the Nurse. I do not have the authority to move MR. Anderson. After Sgt Wood left SHU I continued to do rounds every 15min. At which time MR. Anderson was on his bunk alive and breathing including the 6:30am round. 15 Min later on the 6:42am round I found MR. Anderson hanging in his cell at which time I called a code Blue. As per DOCC policy I cannot enter a cell without a second officer.

I as of 9/2018 I left NYS Corrections and I am no longer a Corrections Officer.

Mark Putkowski

104 Little York Road

Warwick ,NY 10990

RECEIVED MAY 18 2020 PRO SE OFFICE

Cc ; United States District Court, New York ,NY case # 20-cv-01985

M Pittock?
Warwick NY 10990

USMP3
SDNY

United States District Court
Southern NY.
300 Pearl St New York
NY 10007

Pro Se Intake

RECEIVED
MAY 18 2020
PRO SE OFFICE