UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ESTATE OF CACHIN ANDERSON, BY THE CO-ADMINISTRATORS OF THE ESTATE, JOYCE HEMINGWAY AND KANISHA NEWMAN,<br><br>                          Plaintiffs,<br><br>                -against-<br><br>SERGEANT MICHAEL WOOD, CORRECTION OFFICER MARK PUTKOWSKI, NURSE NOELIA PARKER, NURSE RUTH FOREST,<br><br>                         Defendants. | No. 20 Civ. 1985 (KMK)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of Court and all parties of record:

Please enter my appearance as counsel of record in this case for Defendant Ruth Forest.

I certify that I am admitted to practice in this Court.

Dated:   New York, New York
          September 9, 2020

                                              HOGUET NEWMAN REGAL & KENNEY, LLP

                                              By: _____
                                                    Helene R. Hechtkopf (HH-7402)
                                                    One Grand Central Place
                                                    60 East 42nd St., 48th Fl.
                                                    New York, New York 10165
                                                    Tel.: 212-689-8808
                                                    hhechtkopf@hnrklaw.com