**MEMO ENDORSED**

STEPHEN J. LIAKAS*
DEAN N. LIAKAS
NICHOLAS LIAKAS

ANTHONY M. DELISO
STEPHANIE M. GALLO*
JOSEPH GUARDINO*
NICHOLAS MINDICINO
SCOTT A. STEINBERG
JOSHUA VERSOZA
PAVLO PAVLATOS

PAUL V. PRESTIA**

*Also admitted in New Jersey
**Special counsel



LIAKAS LAW, P.C.

liakaslaw.com
65 Broadway
13th Floor
New York, NY 10006

P: (212) 937-7765
F: (877) 380-9432

New Jersey Office
576 Main Street, Suite C
Chatham, NJ 07928

October 4, 2021

**VIA ECF**
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Federal
Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE: The Estate of Cachin Anderson v. Wood et al
20-cv-01985-KMK

Your Honor,

My office represents Plaintiff in the above referenced matter. Per Your Honor's orders, this matter has been stayed since April 2, 2021. I write today to update the Court on the status of the proposed settlement in this matter, and to request an additional 30 days to file a stipulation of discontinuance.

The Estate of Cachin Anderson has filed this action, as well as a related action in the Court of Claims, under Claim Number 130536. The parties in that action previously reached an agreement in principle wherein the parties would settle the Court of Claims action, and discontinue the action before this Court with prejudice. That settlement agreement has now approved the Hon. J. David Sampson of the New York State Court of Claims. The Court's order approving the proposed settlement was filed on September 17, 2021. Since that time the parties to the Court of Claims action have finalized settlement paperwork, and are now in the process of fully executing such paperwork. Additionally the parties to this action are now in the process of drafting a stipulation of discontinuance.

Plaintiff hopes to be able to file a discontinuance of this action shortly. Plaintiff therefore requests 30 days from today to file a discontinuance of this matter. Neil Shevlin consents to this request on behalf of defendants Parker, Wood and Putkowski. Helene Hechtkopf consents on behalf of defendant Forest.

Thank you for your consideration,

Granted.

So Ordered.
/s/ KMK
10/4/21

Yours,
Nicholas Mindicino
Liakas Law, P.C.