UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

The Estate of CACHIN ANDERSON, by
the Co-Administrators of the Estate, JOYCE
HEMINGWAY and KANISHA NEWMAN,:

          20-CV-1985 (KMK)

          **RULE 41(a)((1)(A)(ii) Dismissal**

        Plaintiffs,

-against-

SERGEANT MICHAEL WOOD,
CORRECTION OFFICER MARK
PUTKOWSKI, NURSE NOELIA PARKER,:
NURSE RUTH FOREST,

        Defendants.
------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs Joyce Hemingway and Kanisha Newman, as Co-Administrators of the Estate of Cachin Anderson, hereby stipulate and agree that, upon the Court's order, all claims against defendants Michael Wood, Mark Putkowski, Noelia Parker, and Ruth Forest, in the above-captioned action, shall be and are hereby dismissed with prejudice, without costs, expenses or fees against either party.

      This stipulation may be executed in any number of counterparts, all of which taken together shall constitute one Stipulation, and may be executed by facsimile signature or email PDF scanned signature.

Dated: New York, New York
       November 3, 2021

                                LIAKAS LAW P.C.
                                Attorneys for Plaintiff
                                By: Nicholas Mindicino, Esq.

LETITIA JAMES
Attorney General of the
State of New York
Attorneys for Defendants
By:
　　/s/ Neil Shevlin

Neil Shevlin
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-8561
Neil.Shevlin@ag.ny.gov

HOGUET NEWMAN REGAL & KENNEY, LLP
Attorneys for Defendant Forest
By: Helene Hechtkopf

SO ORDERED:

_____
HON. KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

11/12/2021